tion by Mary McKinley against William T. Mc-
Kinley. No opinion. Judgment affirmed, with
costs.

---

MAGILL, Appellant, v. NORTH DAKOTA
MILLERS' ASS'N, Respondent. (Supreme
Court, Appellate Division, Fourth Department.
October 15, 1897.) Action by Robert J. Magill
against the North Dakota Millers' Association.
No opinion. Appeal dismissed, with costs.

---

MAHONEY v. MAYOR OF CITY OF NEW
YORK. MITCHELL v. SAME. KEIBER v.
SAME. ELISCH v. SAME. PEYSER v.
SAME. BAJARDO v. SAME. PUNDT v.
SAME. SCHLACH v. SAME. (Supreme
Court, Appellate Division, First Department.
October 22, 1897.) Actions by one Mahoney and
others against the mayor of the city of New
York. No opinion. Motions granted. See 46
N. Y. Supp. 1097.

---

MANHEIM, Respondent, v. SEITZ, Appel-
lant. (Supreme Court, Appellate Division, Sec-
ond Department. October 26, 1897.) Action by
Julius Manheim against Michael Seitz. No
opinion. Motion for reargument denied. See
47 N. Y. Supp. 282.

---

MANHEIMER, Respondent, v. TURL et al.,
Appellants. (Supreme Court, Appellate Divi-
sion, First Department. October 15, 1897.)
Action by Wallace Manheimer against William
I. Turl and others. C. C. Nadal, for appellants.
W. H. Hull, for respondent. No opinion. Judg-
ment and order affirmed, with costs.

---

MARTIN, Appellant, v. GOLDSTEIN, Re-
spondent. (Supreme Court, Appellate Division,
Fourth Department. October 15, 1897.) Ac-
tion by Bernard F. Martin against David Gold-
stein. No opinion. Motion for reargument de-
nied. Motion for leave to appeal to the court of
appeals granted. Order stating the question to
be reviewed in the court of appeals to be settled
by Mr. Justice ADAMS. See 46 N. Y. Supp.
961.

---

MARVEL, Appellant, v. STONE et al., Re-
spondents. (Supreme Court, Appellate Division,
Second Department. October 26, 1897.) Ac-
tion by William D. Marvel against Georgiana
C. Stone and John D. Wood, as executors, etc.
No opinion. Order affirmed, with $10 costs and
disbursements. See 39 N. Y. Supp. 1128.

---

MATTICE, Respondent, v. MAYHAM, Ap-
pellant. (Supreme Court, Appellate Division,
Third Department. May 11, 1897.) Action by
John C. Mattice against Lorenzo Mayham. No
opinion. Order affirmed, with $10 costs and dis-
bursements.

---

MEINERS, Respondent, v. MERRIAM CO.
et al., Appellants. (City Court of New York,
General Term. October 26, 1897.) Action by
Gustav Meiners against the Merriam Company,
the Wood & Parker Lithographic Company, and
Robert H. Merriam. George W. De Lano, for
appellants. Rabe & Keller, for respondent.

---

CONLAN, J. This is an appeal from a judg-
ment entered by a direction of the court, and
from an order denying a motion for a new trial.
The action was brought to recover the balance
due on a promissory note made by the Merriam
Company to the order of the Wood & Parker
Company, and indorsed by Robert H. Merriam,
before delivery, to the Wood & Parker Company.
At the close of the trial the attorneys for the de-
fendants moved for a direction in favor of the de-
fendants on the sole ground "that the plaintiff,
by placing the promissory note in suit in custody
of the Wood & Parker Company and their attor-
neys, gave them ostensible authority to make
the settlement which it was not disputed was
made, and therefore we are entitled to a verdict."
The attorneys for the plaintiff moved for a direc-
tion in favor of the plaintiff. By these requests
the whole matter in controversy was narrowed to
the question of settlement, as litigated on the tri-
al. The effect of these two requests was to
submit all questions of fact to the court, and as
there appears to have been some conflicting tes-
timony as to what actually took place, as well
as the authority of Parker to bind the defend-
ants, we think the judgment should be affirmed.
Judgment affirmed, with costs. All concur.

---

MERCHANTS' NAT. BANK OF NOR-
WICH, CONN., Respondent, v. HAGEMEYER
et al., Appellants. (Supreme Court, Appellate
Division, First Department. October 15, 1897.)
Action by the Merchants' National Bank of
Norwich, Conn., against George Hagemeyer
and others. W. C. Beecher, for appellants. A.
J. Taylor, for respondent. No opinion. Order
affirmed, with $10 costs and disbursements.
See 38 N. Y. Supp. 626.

---

MERRIAM, Appellant, v. CRANDALL et al.,
Respondents. (Supreme Court, Appellate Di-
vision, Third Department. September 21, 1897.)
Action by Emma S. Merriam against Edward
Crandall and another. No opinion. Judgment
affirmed, with costs.

---

MERRIAM, Appellant, v. SAWYER et al.,
Respondents. (Supreme Court, Appellate Di-
vision, Third Department. September 21, 1897.)
Action by Emma S. Merriam against Alice L.
M. Sawyer and another. No opinion. Judg-
ment affirmed, with costs.

---

MERRIAM, Respondent, v. WOOD & PAR-
KER LITHOGRAPHIC CO., Appellant. (Su-
preme Court, Appellate Division, First Depart-
ment. October 8, 1897.) Action by Edward J.
Merriam against the Wood & Parker Litho-
graphic Company. No opinion. Motion for
certificate to court of appeals denied, with $10
costs. See 46 N. Y. Supp. 484.

---

MERRIAM, Respondent, v. WOOD & PAR-
KER LITHOGRAPHIC CO., Appellant. (Su-
preme Court, Appellate Division, First Depart-
ment. October 8, 1897.) Action by Edward J.
Merriam against Wood & Parker Lithographic
Company. No opinion. Motion for restitution
granted, so as to require money to be paid back
to sheriff. See 46 N. Y. Supp. 484.